Lawrence A. Barrett, appellee, v. J. D. Wallace, appellant. Gen. No. 40,374.

Opinion filed April 26, 1939. Rehearing denied May 8, 1939.

Gustav E. Beerly, for appellant; John F. Diffenderffer, Jr. and Richard T. Savage, of counsel. Concannon, Dillon, Bostelman & Snook, for appellee; R. F. Bostelman and Austin G. Rigney, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Phillip Brenner, appellant, v. Lincoln Dairy Company et al., appellees. Gen. No. 40,320.

Opinion filed April 26, 1939.

Isadore Wolf and McKinley, Price & Quindry, for appellant; S. E. Quindry, of counsel. William A. Romanek, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Collateral Finance Company, appellant, v. Sam Berman and Sadie Berman, appellees. Gen. No. 40,397.

Opinion filed April 26, 1939. Rehearing denied May 8, 1939.

Harold J. Green and Freed & Chapman, for appellant; Irving Goodman, of counsel. Louis Steinberg, for appellees; Reuben Freedman, of counsel.

Mr. Justice Hebel delivered the opinion of the court.